IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

EDWARD SANFORD )
) No. 2-12-0056
v. )
)
LIFE INSURANCE COMPANY )
OF NORTH AMERICA )

O R D E R

On December 13, 2012, the parties filed a "response" (Docket Entry No. 12) to the order entered December 13, 2012 (Docket Entry No. 11). It appears that the parties hope that they will be able to reach a resolution of this case, and plan to schedule mediation with Tracy Shaw.

Defendant's counsel also called the office of the Magistrate Judge to advise that the parties agree that, as a result, it is not necessary to have the telephone conference call on December 27, 2012, as scheduled in the December 13, 2012 order.

Accordingly, the December 27, 2012, conference call is CANCELLED.

Counsel for the parties shall file a joint status report by January 15, 2013, indicating when mediation is scheduled.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge