UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDWARD SANFORD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:12-0056 |
| | ) Judge Sharp |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Defendant. | ) |

### ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) The "Motion for Judgment on the ERISA Record" (Docket No. 16) filed by Plaintiff Edward Sanford is hereby DENIED; and

(2) The "Motion for Judgment on the Administrative Record" (Docket No. 18) filed by Defendant Life Insurance Company of North America is hereby GRANTED.

The Clerk of the Court shall enter judgment in favor of Defendant in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE